CTJ
HC to Chambers
ORIGINAL
FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION
2009 DEC 23  PM 3: 54
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | |
| ALBERTO PULIDO (1) | § | |
| a/k/a "Betico" | § | No. 4-09CR-160-A |
| JAVIER ROSALES (3) | § | |
| DANIEL BERNARDINO (5) | § | |
| GUSTAVO PULIDO (6) | § | |

## GOVERNMENT'S RESPONSE TO MOTION FOR CONTINUANCE

To the Honorable Judge John McBryde:

The United States is in receipt of defendant Rosales' motion for continuance in the above-styled case. Trial is currently set to begin on January 6, 2009. The bases for the continuance request appear to be two-fold.

First, the defendant is requesting that he receive copies of the entire discovery. Second, a continuance is requested to allow the defendant more time to have his questions answered.

As to the first issue, the United States would oppose the defendant, who is currently incarcerated, being given copies of any of his discovery in the instant case. As was addressed at the detention hearings in this case, as well as articulated in the indictment, the La Familia Drug Trafficking Organization is a violent drug cartel. The discovery in this case includes numerous recordings and reports relating to cooperating defendants, cooperating witnesses and a confidential informant. This is information that

the United States would like protected. On November 6, 2009, and November 20, 2009, counsel for the defendant picked up the discovery in the instant case and accepted the restrictions placed on the release of discovery. Those restrictions included that copies of the discovery would not be left at the defendant's place of incarceration. Furthermore, the discovery related to the Title III wire intercepts was released to the defendants pursuant to a restrictive order of the district court.

Nevertheless, based upon past conversations with defense counsel, the United States continues to believe that this case can be resolved through a plea agreement. If defense counsel believes that further time is necessary to effectuate a plea, the United States is not opposed.

Should the court grant the defendant's motion, in the interest of judicial economy, the United States requests that the case be continued as to all remaining defendants. As of this writing, the only two other defendants pending are Gustavo Pulido and Daniel Bernardino. Gustavo Pulido has provided the United States with plea paperwork and will enter a plea next week. Therefore, the only additional defendant that would be impacted by a continuance is Daniel Bernardino, a defendant that is currently on pretrial release.

Counsel for the United States has conferred with counsel for Mr. Pulido and Mr. Bernardino and neither attorney opposes a continuance. Counsel for Mr. Pulido has a trial in federal court on February 1, 2010. Counsel for Mr. Bernardino has federal sentencings on January 15, 2010, and March 5, 2010. He also has a pretrial continuance hearing set on March 8, 2010.

Response to Motion to Continue – Page 2

Counsel for the United States has a sentencing set for January 11, 2010. Counsel for the United States also has a trial on January 25, 2010.

For the reasons stated above, the United States does not oppose a continuance, if the purpose of a continuance is to allow the defendant sufficient time to understand the efficacy of a plea. However, should such a continuance be granted, the United States respectfully requests that a continuance be granted as to each defendant.

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

JOSHUA T. BURGESS
Assistant United States Attorney
Texas State Bar No. 24001809
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas  76102-6882
Telephone: 817.252.5275
Facsimile: 817.978.3094

### CERTIFICATE OF SERVICE

This is to certify that on this the 23rd day of December, 2009, the foregoing governmental response to the defendant's motion was served on Matt Belcher, counsel for Juan Ramirez, Jim Shaw and Danny Burns, attorney for Javier Rosales, Steven Bush, counsel for Jesus Ortega, Roderick White, counsel for Daniel Bernardino, Charles Roach, counsel for Gustavo Pulido, Mark Danielson, counsel for Isidro Lozano, and John Stickels, counsel for Eduardo Flores.

JOSHUA T. BURGESS
Assistant United States Attorney