IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO: 4:09-CR-160-A |
| DANIEL BERNARDINO (5) | § § | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 1 | Seals | Smith & Wesson 19-4 Serial #84K6031 | | | |
| 2 | Seals | Colt El Jefe .38 Serial #38SS04054 | | | |
| 3 | Seals | Romarms WASR-10, Serial #164382-04 | | | |
| 4 | Seals | Smith & Wesson 19-2 Serial #K629979 | | | |
| 5 | Seals | Photo of Van Interior Rear View | | | |
| 6 | Seals | Photo of Van Interior Side View | | | |
| 7 | Seals | Photo of Van Interior Front View | | | |
| 8 | Seals | Photo of Back Left Speaker, Van | | | |
| 9 | Seals | Photo of Back Left Speaker, Van | | | |

Government Exhibit List - Page 1

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 10 | Seals | Photo of Revolver, Labeled for Erasmo | | | |
| 11 | Seals | Photo of Revolver, Labeled for Erasmo | | | |
| 12 | Seals | Photo of Back Left Panel of Van, Open | | | |
| 13 | Seals | Photo Back Left Panel of Van, Close-Up | | | |
| 14 | Seals | Photo of Automatic Handgun, Labeled for Erasmo | | | |
| 15 | Seals | Photo of Compartment Stuffed with Guns | | | |
| 16 | Seals | Photo Compartment Stuffed with Packages | | | |
| 17 | Seals | Photo of Package Labeled for Samuel | | | |
| 18 | Seals | Photo of Speaker Compartment | | | |
| 19 | Seals | Photo of Interior of Wall of Van | | | |
| 20 | Seals | Photo of Foil Package Labeled for Antonio M. | | | |
| 21 | Seals | Photo Foil Package Labeled Pica Zhu. | | | |
| 22 | Seals | Photo of Smith & Wesson Revolver Labeled for Samuel | | | |
| 23 | Seals | Photo of Foil Package Containing Ammunition Labeled for Antonio M. | | | |

**Government Exhibit List - Page 2**

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 24 | Seals | Photo Loose Ammunition | _____ | _____ | _____ |
| 25 | Seals | Photo of Foil Package Labeled Tire | _____ | _____ | _____ |
| 26 | Seals | Photo of Foil Package Labeled Tire, Opened | _____ | _____ | _____ |
| 27 | Seals | Photo of Multiple Foil Packages with Labels | _____ | _____ | _____ |
| 28 | Seals | Photo of gun stock Labeled Chucho | _____ | _____ | _____ |
| 29 | Seals | Photo of Foil Packages Containing Ammunition | _____ | _____ | _____ |
| 30 | Seals | Photo of Handgun Wrapped in Foil Labeled Samuel | _____ | _____ | _____ |
| 31 | Seals | Photo of Handgun | _____ | _____ | _____ |
| 32 | Seals | Photo of Handgun Wrapped in Foil | _____ | _____ | _____ |
| 33 | Seals | Photo of "El Jefe" Handgun w/ magazines | _____ | _____ | _____ |
| 34 | Seals | Photo of Foil Packages in Van Compartment | _____ | _____ | _____ |
| 35 | Seals | Photo of Foil Wrapped Firearms concealed in Walls of Van | _____ | _____ | _____ |
| 36 | Seals | Photo of Foil Packages Concealed in Van Walls | _____ | _____ | _____ |
| 37 | Seals | Photo of Gun Wrapped in Foil | _____ | _____ | _____ |
| 38 | Seals | Photo of Gun Wrapped In Foil (previous photo) | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 39 | Seals | Photo of Gun partially Wrapped in Foil | _____ | _____ | _____ |
| 40 | Seals | Photo of Rifle partially Wrapped in Foil | _____ | _____ | _____ |
| 41 | Seals | Photo of Van Wall Packed with Foil Packages | _____ | _____ | _____ |
| 42 | Seals | Photo of Multiple Foil Packages; Labeled | _____ | _____ | _____ |
| 43 | Seals | Photo of high capacity Magazines Wrapped in Foil | _____ | _____ | _____ |
| 44 | Seals | Photo of Barrels wrapped In Foil | _____ | _____ | _____ |
| 45 | Seals | Photo of Multiple Foil Packages concealed in Van Walls | _____ | _____ | _____ |
| 46 | Seals | Photo of Foil Packages Labeled "PUL" | _____ | _____ | _____ |
| 47 | Seals | Photo of rifles and gun Parts wrapped in Foil | _____ | _____ | _____ |
| 48 | Seals | Photo of Multiple Foil Packages labeled "PULIDO" | _____ | _____ | _____ |
| 49 | Seals | Photo of Multiple Foil Packages from van. | _____ | _____ | _____ |
| 50 | Seals | Photo of Firearms Wrapped In Foil | _____ | _____ | _____ |
| 51 | Seals | Photo of Packages Wrapped In Foil | _____ | _____ | _____ |
| 52 | Seals | Photo of Packages Wrapped In Foil Concealed in Van | _____ | _____ | _____ |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 53 | Seals | Photo of Packages Wrapped In Foil Concealed in Van | | | |
| 54 | Seals | Photo of Interior of Van Multiple Firearms and Packages Wrapped in Foil | | | |
| 55 | Seals | Photo of Multiple Firearms Wrapped in Foil | | | |
| 56 | Seals | Photo of Multiple Firearms Wrapped in Foil | | | |
| 57 | Seals | Photo of Multiple Firearms Wrapped in Foil | | | |
| 58 | Seals | Photo of High Capacity Magazines and Other Packages Wrapped in Foil and Labeled | | | |
| 59 | Seals | Photo of Foil Packages Containing ammunition and Labeled | | | |
| 60 | Seals | Photo of Foil Packages in Headliner area of Van | | | |
| 61 | Seals | Photo of Foil Wrapped Barrel | | | |
| 62 | Seals | Photo of Multiple Foil Packages inside Speaker Box | | | |
| 63 | Seals | Photo of Foil Packages Removed from Speaker Box | | | |
| 64 | Seals | Photo of two handguns and Barrels wrapped in foil | | | |
| 65 | Seals | Photo of items removed From Van | | | |
| 66 | Rivas/Salinas | Cabella's Receipt | | | |

| EXHIBIT NUMBER | SPONSORING WITNESS | DESCRIPTION OF EXHIBIT | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|---|
| 67 | Seals/Addy | Bag of 200 Rounds of Sellier and Bellot 9mm Ammunition | _____ | _____ | _____ |
| 68 | Seals/Addy | Bag of 50 Rounds of Sellier and Bellot 9mm Ammunition | _____ | _____ | _____ |
| 69 | Seals/Addy | Bag of 150 Rounds of Sellier and Bellot .45 Caliber Ammunition | _____ | _____ | _____ |
| 70 | Seals/Addy | Bag of 200 Rounds of Sellier and Bellot .45 Caliber Ammunition | _____ | _____ | _____ |
| 71 | Salinas | DPS Investigative Report | _____ | _____ | _____ |
| 72 | Seals | Audio Transcript Session 31 | _____ | _____ | _____ |
| 73 | Seals | Audio Transcript Session 33 | _____ | _____ | _____ |
| 74 | Seals | Audio Transcript Session 230 | _____ | _____ | _____ |
| 75 | Seals | Audio Transcript Session 343 | _____ | _____ | _____ |

Respectfully submitted,

JAMES T. JACKS
UNITED STATES ATTORNEY

JOSHUA T. BURGESS
Assistant United States Attorney
TSBN #24001809
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817.252.5200
Facsimile: 817.978.3094

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above Government's Exhibit List was this day served upon Counsel for each Defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATED this 31st day of December, 2009.

JOSHUA T. BURGESS
Assistant United States Attorney