IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO: 4:09-CR-160-A |
| § | |
| DANIEL BERNARDINO § | |

MEMBERS OF THE JURY:

    I have your note, which is worded as follows:

    7:20 p.m.     5 January 2010

    (1)  May we have a list of government witnesses?

    (2)  May we have an easel & marker?

                                 Patrick Marshall
                                 Foreman

    In response to the first part of your note, the witnesses who testified for the government were as follows:

        Task Force Officer Dallas Seals, ATF

        Task Force Officer Dempsey Addy, ATF

        Sgt. Ernesto Salinas, Texas Department of
            Public Safety

        Chuck Schwingler, Division Chief, Small Arms,
            Light Weapons, Department of State

        Special Agent Andre Rivas, ATF

        Robert Miller, Cheaper Than Dirt

    In response to the second part of your note, I am having an easel and marker delivered to the jury room.

I am returning herewith the original of the note to which this responds. You are to retain to be delivered to the court at the conclusion of your deliberations all of your communications to the court and all of the court's communications to you, including, of course, this communication to you and the note from you to which this communication responds.

SIGNED January 5, 2010.

_____
JOHN McBRYDE
United States District Judge

7:20pm     5 January 2010

① May we have a list of government witnesses?
② May we have an easel & marker?

Received
7:20 PM
1/5/10
#4:09CR160

Patrick Marshall
Foreman