```
 1                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE NORTHERN DISTRICT OF TEXAS
 2                              FORT WORTH DIVISION

 3   UNITED STATES OF AMERICA,      )  Case No. 4:09-CR-160-A(05)(06)
                                    )          (4:09-MJ-282)
 4           Plaintiff,             )
                                    )  Fort Worth, Texas
 5   v.                             )  Thursday, October 22, 2009
                                    )
 6   DANIEL BERNARDINO AND          )
     GUSTAVO PULIDO,                )
 7                                  )  INITIAL APPEARANCE
             Defendants.            )
 8   _____)
                                    )
 9   UNITED STATES OF AMERICA,      )  Case No. 4:09-CR-160-A (07)
                                    )          (4:09-MJ-292)
10           Plaintiff,             )
                                    )
11   v.                             )
                                    )
12   ISIDRO LOZANO,                 )
                                    )  INITIAL APPEARANCE
13           Defendant.             )
     _____)
14                                  )
     UNITED STATES OF AMERICA,      )  Case No. 4:09-CR-160-A (08)
15                                  )          (4:09-MJ-294)
             Plaintiff,             )
16                                  )
     v.                             )
17                                  )
     EDUARDO FLORES,                )
18                                  )  INITIAL APPEARANCE
             Defendant.             )
19   _____)

20                        TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE GEORGE GALLAGHER,
21                 TARRANT COUNTY DISTRICT COURT JUDGE.

22   APPEARANCES:

23   For the Government:         Josh Burgess
                                 ASSISTANT UNITED STATES ATTORNEY
24                               Burnett Plaza, Suite 1700
                                 801 Cherry Street, Unit #4
25                               Fort Worth, TX  76102-6882
                                 (817) 252-5200
```

```
 1  APPEARANCES, cont'd.:

 2  For Defendant Bernardino:    Roderick C. White
                                 316 Hemphill Street
 3                               Fort Worth, TX  76104
                                 (817) 335-1585
 4
    For Defendant Pulido:        Todd A. Durden
 5                               5750 Rufe Snow Drive, Suite 130
                                 North Richland Hills, TX  76180
 6                               (817) 581-9900

 7  For Defendant Lozano:        Mark R. Danielson
                                 600 Strada Circle
 8                               Mansfield, TX  76063
                                 (817) 845-3790
 9
    For Defendant Flores:        John W. Stickels
10                               726 N. Fielder
                                 P. O. Box 121431
11                               Arlington, TX  76012
                                 (817) 479-9282
12
    For the Probation Office:    Ken Mays
13                               U.S. PROBATION & PRETRIAL SERVICES
                                 406 U.S. Courthouse
14                               501 West 10th Street
                                 Fort Worth, TX  76102-3639
15                               (817) 978-3633

16  Licensed Court               Yovana S. Gonzales
    Interpreter, Spanish         4504 Wilson Court
17  Endorsement:                 Fort Worth, TX  76135-2331

18  Court Recorder:              Becky J. Fitzhugh
                                 UNITED STATES DISTRICT COURT
19                               510 W. 10th Street
                                 Fort Worth, TX  76102
20                               (817) 850-6690

21  Transcription Service:       Kathy Rehling
                                 209 Bay Circle
22                               Coppell, TX  75019
                                 (972) 304-1998
23

24
            Proceedings recorded by electronic sound recording;
25             transcript produced by transcription service.
```

1            FORT WORTH, TEXAS - OCTOBER 22, 2009 - 3:34 P.M.
2              THE COURT:  All right, everyone.  You may be seated.
3    Good afternoon.
4              COUNSEL:  Good afternoon, Your Honor.
5              THE COURT:  I'm George Gallagher.  I'm the judge of
6    the 396th District Court in Tarrant County, Texas.  Because
7    Judge Bleil, the federal magistrate, is not available today, I
8    am presiding over these proceedings, as authorized by the
9    Federal Rules of Criminal Procedure.
10        I will now call Daniel Bernardino, Gustavo Pulido, Isidro
11   Lozano, Eduardo Flores.  Good afternoon, everyone.
12             COUNSEL:  Good afternoon.
13             THE COURT:  The purpose of this hearing is to make
14   sure that you understand your rights and that you understand
15   the nature of the charges brought against you.
16        We will need the assistance of a Spanish-speaking
17   interpreter.  Yovana Gonzalez has been sworn as the court
18   interpreter.
19        I'll ask the United States Attorney to go over the
20   allegations of the complaint, unless, counsel, are you
21   satisfied that your client understands and that they will waive
22   the reading of the complaint?
23             MR. WHITE:  Your Honor, Roderick White for Daniel
24   Bernardino.  With the assistance of the interpreter, I've had
25   the opportunity to go through the complaint with Mr. Bernardino

1  and I believe he understands the charges and we would waive
2  reading of the complaint.
3          THE COURT:  Thank you, Mr. White.
4          MR. DURDEN:  Your Honor, I have reviewed the criminal
5  complaint with my client, Gustavo Pulido.  He understands the
6  nature of the charges against him, and he wishes to waive the
7  reading of the complaint in open court.
8          THE COURT:  Thank you, Mr. Durden.
9          MR. DANIELSON:  Your Honor, I've also had the
10 opportunity to go over the complaint with Mr. Lozano, and I
11 believe that he understands what is contained in it and we
12 would waive the reading of the complaint.
13         THE COURT:  Thank you, Mr. Danielson.
14         MR. STICKELS:  John Stickels for Eduardo Flores, Your
15 Honor.  We have reviewed the complaint and we'd waive its
16 reading, Your Honor.
17         THE COURT:  Thank you, Mr. Stickels.
18     If each of you would raise your right hand and have the
19 clerk swear you.
20     (Defendants are sworn.)
21         THE COURT:  All right.  Thank you.  You all may be
22 seated.
23     Mr. Bernardino, do you understand the charges that the
24 Government has brought against you?
25         DEFENDANT BERNARDINO:  (through Interpreter)  Yes.

```
 1              THE COURT:  Mr. Pulido, do you understand the charges
 2  that the Government has brought against you?
 3              DEFENDANT PULIDO:  Yes.
 4              DEFENDANT PULIDO:  (through Interpreter)  Yes.
 5              THE COURT:  Mr. Lozano, do you understand the charges
 6  that the Government has brought against you?
 7              DEFENDANT LOZANO:  Yes.
 8              DEFENDANT LOZANO:  (through Interpreter)  Yes.
 9              THE COURT:  Mr. Flores, do you understand the charges
10  that have been brought against you?
11              DEFENDANT FLORES:  Yes, sir.
12              THE COURT:  Gentlemen, each of you filled out a
13  financial statement with Pretrial Services earlier.  Is the
14  information that you provided to the Pretrial Services Officer
15  true and correct?  Mr. Bernardino?
16              DEFENDANT BERNARDINO:  Yes.
17              DEFENDANT BERNARDINO:  (through Interpreter)  Yes.
18              THE COURT:  Mr. Pulido?
19              DEFENDANT PULIDO:  Yes.
20              DEFENDANT PULIDO:  (through Interpreter)  Yes.
21              THE COURT:  Mr. Lozano?
22              DEFENDANT LOZANO:  Yes.
23              DEFENDANT LOZANO:  (through Interpreter)  Yes.
24              THE COURT:  And Mr. Flores?
25              DEFENDANT FLORES:  Yes, Your Honor.
```

1        THE COURT: All right. It appears that each of you
2   from your affidavits are entitled to have counsel appointed to
3   represent you. I will appoint the following lawyers, who are
4   member of the Criminal Justice Act Panel of Attorneys: Mr.
5   Roderick White for Mr. Daniel Bernardino; Mr. Todd Durden for
6   Gustavo Pulido; Mr. Mark Danielson for Isidro Lozano; Mr. John
7   Stickels for Eduardo Flores.
8        Gentlemen, you have a right to have a preliminary hearing
9   at which the Government would be required to produce evidence
10  to show that there is probable cause to believe that the
11  offense alleged in the complaint has been committed and that
12  you are the person who committed the offense.
13       The Government has filed a motion asking that you be
14  detained and has asked for a continuance of two working days.
15  Therefore, you'll be temporarily detained pending a detention
16  and preliminary hearing, and that's set for Monday, October 26,
17  2009, at 1:00 p.m. That hearing will be conducted by United
18  States Magistrate Judge Irma Ramirez in each, and that will be
19  here in this courtroom.
20       Is there anything on behalf of the Government?
21           MR. BURGESS: No, Your Honor. Thank you.
22           THE COURT: On behalf of Mr. Bernardino?
23           MR. WHITE: No, Your Honor.
24           THE COURT: Mr. Pulido?
25           MR. DURDEN: Your Honor, may it please the Court.

```
 1                THE COURT:  Yes, sir?
 2                MR. DURDEN:  I am set for hearing before United States
 3    Magistrate Judge Stickney at 10:00 a.m. on Monday morning.  I
 4    will do my best to be here at 1:00 o'clock, but I'd like to
 5    advise the Court that I may be running a little bit behind.
 6                THE COURT:  If you'll keep the Court advised as to
 7    your status, I'm sure that we'll make every attempt to work to
 8    accommodate your schedule.
 9                MR. DURDEN:  Thank you, Your Honor.
10                THE COURT:  All right?
11                MR. DURDEN:  Yes, sir.
12                THE COURT:  Mr. Lozano?  On behalf of Mr. Lozano; I'm
13    sorry.
14                MR. DANIELSON:  Yes.
15                THE COURT:  Mr. Danielson?
16                MR. DANIELSON:  Yes, sir.  That'll --
17                THE COURT:  Is that agreeable?
18                MR. DANIELSON:  Yes.
19                THE COURT:  Is that fine with your schedule?
20                MR. DANIELSON:  Yes, it is.
21                THE COURT:  All right.  Mr. Stickels on behalf of Mr.
22    Flores?
23                MR. STICKELS:  That's fine, Your Honor.
24                THE COURT:  All right.  Each of you are remanded to
25    the custody of the Marshal, and that will be the order of the
```

1  Court.  Thank you.
2          THE CLERK:  All rise.
3       (Proceedings concluded at 3:39 p.m.)
4                         --oOo--
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19                      CERTIFICATE
20      I certify that the foregoing is a correct transcript from
21  the electronic sound recording of the proceedings in the above-
    entitled matter.
22
23  _____      _____
24  Kathy Rehling                                 Date
    Certified Electronic Court Transcriber
25  CET**D-444

```
 1                              INDEX
 2
    PROCEEDINGS                                              3
 3
    WITNESSES
 4
    -none-
 5
    EXHIBITS
 6
    -none-
 7
    RULINGS
 8
    Counsel Appointed                                        6
 9
    Detention and Preliminary Hearing Set for 10/26/09 at    6
10  1:00 p.m.

11  Defendants Remanded                                      7

12  END OF PROCEEDINGS                                       8

13  INDEX                                                    9

14

15

16

17

18

19

20

21

22

23

24

25
```