CTJ

UNITED STATES DISTRICT COURT
"CLERK OF THE COURT"

# ORIGINAL

RECEIVED
NOV 14 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Criminal Case: 4:09-CR-160-A

Dear Clerk of the Court:

I am attempting to obtain information related to my case and,

I am in need of the following document(s):

**\*(SENTENCING TRANSCRIPTS)\***

And I would like to know the cost of the above mentioned documents in order to have access to the Court.

Your cooperation in this matter will be greatly appreciated.


Dated: (11/01/2011)                    Respectfully Submitted


                                       *Daniel Bernardino S.*
                                       Bernardino Daniel
                                       (BOP) 39031-177
                                       D. Ray James F.C
                                       P.O. BOX 2000
                                       Folkston GA, 31537

Bernardino Daniel
(BOP) 39031-177 (UNIT) Q-8
D.Ray James F.C
P.O. Box 2000
Folkston GA, 31537

DATE RECEIVED 11/14/2011
TIME 02:20
INITIAL

RECEIVED
NOV 14 2011

UNITED STATES DISTRICT COURT
"CLERK OF THE COURT"
1100 Commerce Street Room 1452
DALLAS TEXAS 75242

# United States District Court
## Northern District of Texas

*Fort Worth Division*

Nov 15, 2011

Daniel Bernardino
D.Ray James F.C.
P. O. Box 2000
Folkston , GA  31537

Re: Your correspondence received in the U.S. District Clerk's Office on     Nov 15, 2011
    (processed by: tle       )
    Case No./Style (if known):  4:09-cr-00160-A-5       USA vs. Daniel Bernardino

☐ The clerk's office is unable to provide the requested forms.

☐ You have more than one case pending in the Northern District of Texas, and your document does not provide a case number. Write the correct case number on your document and return it for filing. The document can only be filed in one case. If you want to file it in more than one case, you must provide separate copies for each case.

☐ Your case was filed in or transferred to another judicial district. We are returning your document(s) so you may file them in that district. The correct court address is provided in the "Other" section at the bottom of this letter.

☐ Your case was filed in or transferred to another division in the Northern District of Texas. As a courtesy we have forwarded the original document(s) to that division. You must mail all future documents to the proper division. The correct division address is provided in the "Other" section at the bottom of this letter.

☐ Your case appears to have been filed in a state district court. We are returning your document(s) so you may file them in the correct court. If we can determine which address you should use, it will be provided in the "Other" section at the bottom of this letter.

☐ The Clerk's Office has no record of any case filed by you. The court's authority is limited to civil and criminal cases that have been filed before it. Absent such a case, no one associated with this court may provide you legal advice or assistance in this matter.

☐ Your case is currently pending before Judge _____

☐ Employees of the court are prohibited from giving legal advice.

☒ Copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page. Certification of copies is an additional $11.00 per document. In the event the file must be retrieved from archives, an advance fee of $53.00 per file must be paid. (Note: The court may direct the clerk to provide copies without cost to an indigent defendant proceeding pro se in a criminal case. However, the granting of *in forma pauperis* status under 28 U.S.C.§1915 in a civil case does not entitle a litigant to free copies or services.) A summary of the page counts and necessary fees is provided:

☐ Pursuant to Local Rule 5.1 of the Local Rules for the United States District Court for the Northern District of Texas, "pleadings, motions, or other papers must not be sent directly to the judge." Such papers will not be filed but returned to the party or destroyed.

☐ Internal Use Only: In the event the Clerk cannot respond to the correspondence (e.g., illegibility, etc.), note reason:

☒ Other:

Mr. Bernardino,

Your request for a copy of your Sentencing Transcript Hearing held on 4/30/2010 before U. S. District Judge John McBryde was received on 11/15/2011.

Copies of documents require prepayment of the copy expense, currently $0.50 per page the Sentencing Transcript is 18 pages for a total of $9.00.